**STATE of Missouri, Respondent,**

v.

**Warren WHITEHEAD, Appellant,**

**Warren WHITEHEAD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 69588, 71999.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 13, 1998.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., JAMES R. DOWD, J., and CHARLES B. BLACKMAR, Senior Judge.

**PER CURIAM.**

Defendant appeals the judgment entered upon his conviction by a jury of second degree trafficking, in violation of section 195.223 RSMo.1994. Defendant also appeals the denial of his post-conviction motion pursuant to Rule 29.15.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would have no precedential value. The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).